

The Law Office of
Elizabeth E. Macedonio

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: emacedonio@Yahoo.com

September 16, 2022

**Electronically Filed**

Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Anthony Pipitone
22 Cr. 355 (ENV)

Dear Judge Vitaliano:

I am the attorney of record for Anthony Pipitone in the above referenced matter. With the consent of Pretrial Services, I write to request a slight modification in the conditions of Mr. Pipitone's release. The government has deferred to Pretrial Services with respect to this matter.

Mr. Pipitone was arrested and released on August 16, 2022.  He is currently on home detention.  As part of a birthday celebration, Mr. Pipitone is requesting that he be permitted to have dinner with his wife and children on Saturday September 17, 2022, at Prime Kitchen in Huntington, New York.  If permitted, Mr. Pipitone will be at the restaurant from 8 to 10:30 in the evening.

I thank Your Honor for his consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*
Elizabeth E. Macedonio
*Attorney for the Defendant*
*Anthony Pipitone*

All Parties - Via ECF