ALK/SMS/SMS
F. #2018R00369

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                      VERDICT FORM [PROPOSED]

HECTOR ROSARIO,                22-CR-355 (ENV)

          Defendant.

- - - - - - - - - - - - - - - - - X

We, the jury, find as follows:

## Count One
(Obstruction of Justice)

As to Count One of the Indictment in this matter, charging Defendant Hector Rosario with violating 18 U.S.C. § 1512(c)(2):

Guilty _____                Not Guilty _____

## Count Two
(False Statements)

1. As to Count Two of the Indictment in this matter, charging Defendant Hector Rosario with violating 18 U.S.C. § 1001(a)(2):

Guilty _____                Not Guilty _____

If you find the Defendant Guilty, proceed to question two on the following page. If you find the defendant Not Guilty, your deliberations are completed.

2.  For each of the following statements, indicate whether you unanimously find that the Government has proved beyond a reasonable doubt that the Defendant made the statement and that the statement was false and material:

    A.  On or about January 27, 2020, the defendant stated, in sum and substance, that he did not know the identity of John Doe (Damiano Zummo).

    Yes _____ No _____

    B.  On or about January 27, 2020, the defendant stated, in sum and substance, that he was not familiar with the gambling business known as "Sal's Shoe Repair" located in and around 41 Merrick Avenue in Merrick, New York.

    Yes _____ No _____

Dated: Brooklyn, New York

_____, 2025

_____
FOREPERSON