# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,     : 22-CR-00158(MMH)(ENV)
                          :
                          :
     -against-           : United States Courthouse
                          : Brooklyn, New York
                          :
SIYANG CHEN AND YICHU CHEN,   : Monday, October 21, 2024
                          : 8:30 a.m.
       Defendants.      :
- - - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY SELECTION
BEFORE THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S:
FOR THE GOVERNMENT: BREON PEACE, ESQ.
                 UNITED STATES ATTORNEY
                 EASTERN DISTRICT OF NEW YORK
                    271 CADMAN PLAZA EAST
                    BROOKLYN, NEW YORK 11201
           BY:    MATTHEW R. GALEOTTI, ESQ.
                    SOPHIA SUAREZ, ESQ.
                    STEPHANIE PAK, ESQ.
                    Assistant United States Attorneys

For the Defendant:   HAMILTON CLARKE LLP
Siyang Chen          48 Wall Street, Suite 1100
                    New York, New York 10005
           BY:  PHILLIP C. HAMILTON, ESQ.
                 ETHAN VAN BUREN, ESQ.

For the Defendant:   BENNETT M. EPSTEIN
Yichu Chen           100 Lafayette Street, Suite 502
                    New York, New York 10013
           BY:  BENNETT M. EPSTEIN, ESQ.

                 EPSTEIN SACKS PLLC
                    100 Lafayette Street, Suite 502
                    New York, New York 10013
           BY:  SARAH M. SACKS, ESQ.
Court Reporter:  Michele D. Lucchese,
              E-mail: MLuccheseENDY@gmail.com
                225 Cadman Plaza East
                Brooklyn, New York
                (718) 613-2272

Government.

Would you be able to objectively evaluate the sort of testimony from those kinds of witnesses in this trial?

THE PROSPECTIVE JUROR:  So in other words, you're saying that they could be guilty, but they're getting immunity for testifying?

THE COURT:  They are people who have signed agreements, yes, they've admitted that they committed crimes and they're testifying on behalf of the Government.  Yes.

THE PROSPECTIVE JUROR:  Honestly, no.

THE COURT:  So you would not be able to objectively evaluate the testimony of a cooperating witness?

THE PROSPECTIVE JUROR:  If I knew that, yes.  I don't think it's right.

THE COURT:  They would talk about that.

Okay.  All right.  I appreciate you letting me know. Thank you so much.  You can step back.

(Prospective Juror exits sidebar.)

THE COURT:  Number 53.

THE COURTROOM DEPUTY:  Okay.

(Prospective Juror enters sidebar.)

THE COURT:  Hello.

THE PROSPECTIVE JUROR:  Hello.

THE COURT:  Yes.  So tell me why you raised your number.

cooperating witnesses.  So just stay there.

        (In open court; Prospective Jurors present.)

        THE COURT:  Okay.  Sir, you can have a seat.  This is Juror 79.  You can sit in seat number 40.  Okay.

        Next question.  The Government may present the testimony of one or more cooperating witnesses who have pleaded guilty to crimes in exchange for the possibility of reduced sentences or other benefits from the Court.  The trial judge, Judge Vitaliano, will give you instructions about the caution and care that you must give to such testimony.

        Is there anything about the fact that a witness may testify pursuant to such an agreement that would prevent you from being a fair and impartial juror in this case?

        No one has raised their number.

        Now, I have two questions that I'm going to read together, so please listen to both.

        First, during trial, you will be required to view pictures and videos depicting acts of violence, crime scenes, or other sensitive matters that may depict images and sounds which may be difficult to view here.

        Can you be a fair and impartial juror even though you have to view and/or hear such evidence at trial?

        The second question is, that this case will involve testimony about prostitution, sometimes from people who were involved in prostitution.