U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALK/SMS/SMS
F. #2018R00369

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 18, 2025

By ECF

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Hector Rosario
           Criminal Docket No. 22-355 (ENV)

Dear Judge Vitaliano:

      In accordance with the Court's ruling on the motions in limine, ECF No. 151, enclosed please find a proposed trial indictment.

      Respectfully submitted,

      JOHN J. DURHAM
      United States Attorney
      Eastern District of New York

By:    */s/*
      Anna L. Karamigios
      Sophia M. Suarez
      Sean M. Sherman
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosure

cc:    Counsel of Record (by ECF)