*** Filed ***
03:16 PM, 10 May, 2026
U.S.D.C., Eastern District of New York

Janon Fisher
Courts Reporter, Newsday
6 Corporate Center Drive
Melville, NY 11747
janon.fisher@newsday.com
(646) 591-8732

May 10, 2026

The Honorable Eric Nicholas Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Motion to unseal request for sentencing date in United States v. Hector Rosario,
22-cr-00355

Dear Judge Vitaliano,

I respectfully request that the Court unseal or release a redacted version of Doc. 210 "Letter Requesting the Court Set a Sentencing Date as to Hector Rosario" submitted on April 30, 2026 by defense attorney Kestine Thiele regarding restitution in United States v. Gabriele, et al.

**Summary of the Rosario Case**

Mr. Rosario is a former Nassau County Police detective accused of lying to the FBI and working with members of the Bonanno organized crime family in January 2020 to obstruct an investigation into illegal gamblin parlors in Nassau and Queens counties. During trial several members of the crime family testified against Mr. Rosario and he was heard on body-worn recordings advising associates regarding the transportation of illegal marijuana. In March 2025, a jury found him not guilty of obstructing the investigation and guilty of making false statements. An effort by Ms. Thiele to set aside the verdict was unsuccessful and a year after his conviction, his sentence still has not been imposed.
He's recently been granted a modification to his post-conviction supervision to travel to Las Vegas for a technology convention and to other unspecified parts of the continental United States for unspecified work.

**Legal Standards for Sealing Documents**

Under the Local Rules of the Eastern District of New York, documents are presumed to be open to the public unless the Court orders otherwise. Specifically, Local Civil Rule 6.3 requires a party seeking to file a document under seal to obtain prior permission from the Court. The party must demonstrate a compelling reason for sealing, and the Court must make specific findings

justifying the sealing. The mere presence of sensitive information does not suffice to overcome the presumption of public access.

**Sealing Sentencing Request Date**

A year after extensive press coverage by multiple outlets regarding the case, the public has now been left in the dark as to what punishment, if any, Mr. Rosario will receive. There is no public request on the docket or an argument for why a record should be sealed.
The public has no way of knowing if this year-long delay is traditional for all convicted defendants or a special courtesy extended to a former member of law enforcement.

**Conclusion**

Sealing the defense attorney's letter for a sentencing date in this case runs contrary to established legal standards and the principles of transparency in federal court proceedings.

I respectfully request that the Court unseal the letter seeking a sentencing date in the interest of justice and public transparency.

Thank you for your consideration.
Sincerely,

s/
Janon Fisher
 Courts Reporter, Newsday