

The Law Office of
Elizabeth E. Macedonio

52 Duane Street – 7th Floor – New York, New York 10007
Telephone: 917-533-5965 • Email: emacedonio@Yahoo.com

May 28, 2026

**Electronically Filed**

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Anthony Pipitone
22 Cr. 355 (ENV)

Dear Judge Vitaliano:

I am the attorney of record for Anthony Pipitone in the above referenced matter. On November 7, 2025, Mr. Pipitone was sentenced by the Court to a term of incarceration of 27 months' imprisonment.  On May 4, 2026, Mr. Pipitone surrendered to his place of designation in Devins, Massachusetts.

While on release, Mr. Pipitone surrendered his passport to Pretrial Services. I write seeking permission for his wife, Caterina ("Cathy") Pipitone, to retrieve the passport. It is my understanding that the Court must authorize the release of the passport.  If the passport is not collected, it will be sent to the U.S. Department of State. Mr. Pipitone has authorized me to make this application.

I have conferred with the Government and Pretrial Services, there is no objection to this request. I thank Your Honor for his consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Attorney for the Defendant*
*Anthony Pipitone*

All Parties - Via ECF